## Robinson v. The State.

APPEAL from Lowndes Circuit Court.
Tried before the Hon. J. C. RICHARDSON.

EVANS HINSON and W. P. McGAUGH, for appellants.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Jake Robinson, was indicted, tried and convicted for burglary.

The judgment of conviction is affirmed.

Opinion by DOWDELL, J.